

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-21-00271-CV

**IN THE INTEREST OF B.C.V,** a Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020EM501649
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellant's first motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **October 25, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

